IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER S. MINOR,
Inmate No. 1563334,
    Plaintiff,

vs.                                                                 Case No.: 5:17cv80/MCR/EMT

BAY COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on March 7, 2017, by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). At that time Plaintiff was incarcerated at the Bay County Jail ("BCJ") (*id.*). Plaintiff subsequently filed an amended complaint (ECF No. 5). The court conducted a merits review of the amended complaint and, by order of this court dated May 14, 2018, Plaintiff was given thirty (30) days in which to file a second amended complaint or a notice of voluntary dismissal (ECF No. 9). Plaintiff was advised that his failure to comply with the order of May 14 could result in dismissal of this action (*id.*). On or about May 29, 2018, the order of May 19, which had been mailed to the BCJ, was returned to the court with notations on the envelope indicating "return to sender," "refused," and "unable to forward" (*see* ECF No. 10).

After thirty days elapsed, and Plaintiff had not filed a second amended complaint, notice of voluntary dismissal, or anything else with the court, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 11, issued June 18, 2018). This order was also mailed to the BCJ, as Plaintiff had provided no other address to the court. The show cause order of June 18 was also returned to the court as undeliverable, with similar notations as before, with an additional notation that the addressee was either out of jail or could not be identified (*see* ECF No. 12).

As of the date of this Report and Recommendation, Plaintiff has not filed a second amended complaint, advised the court of his current address, or explained his failure to do so. In fact, Plaintiff has filed nothing with the court since July of 2017.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 2nd day of November 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 5:17cv80/MCR/EMT

# NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.